FREDERICK W. ZABEL, Respondent, v M&T BANK, Appellant. [953 NYS2d 180]—Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered October 28, 2011. The order granted the motion of plaintiff to compel the production of documents.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Martoche, JJ.